**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| REGINALD GRESHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | NO. _____ |
| ADRAIN LEWIS, ELITE FREIGHTS, | ) | |
| LLC, and WESCO INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>PETITION FOR REMOVAL</u>

COMES NOW ELITE FREIGHTS, LLC, Defendant ("Elite"), who petitions the Court as follows:

1.

Plaintiff filed his civil action for negligence and/or direct action against the this Petitioner in the State Court of Henry County, State of Georgia, Civil Action No. STSV2022-000648, in which it seeks to recover in excess of $75,000 excluding interest and costs (the "Action"). Copies of the pleadings filed in that action are attached as follows:

Exhibit A – Complaint (and summonses)

Exhibit B – Plaintiffs' Discovery to Defendant Elite

Exhibit C – Plaintiffs' Discovery to Defendant Wesco

Exhibit D – Plaintiffs' Discovery to Defendant Lewis

Exhibit E – Proofs of Service on Wesco and Elite

Exhibit F – Answer of Elite

Exhibit G – Special Appearance Answer of Lewis

Exhibit H – Defendants' Notice of Removal

2.

At the time the Action was filed and now as it is removed, Reginald Gresham, Plaintiff, alleges he was and remains a citizen of the State of Georgia living in Hampton, Henry County, Georgia. *See Complaint,* at ¶ 1.

3.

At the time the Action was filed and now as it is removed Elite was and remains a limited liability company created under the laws of the State of Florida with its principal place of doing business and its corporate offices in Valrico, Hillsborough County, Florida. *See Complaint,* at ¶ 2. It is a citizen of Florida.

4.

At the time the Action was filed and now as it is removed Wesco was and remains a business corporation created under the laws of the State of Delaware with its principle place of doing business on Maiden Lane, New York, Kings County, New York. *See Complaint,* at ¶ 3. It is a citizen of New York and Delaware.

5.

At the time the action was filed it is not known where Lewis resided. At the time of the subject collision in 2021, Lewis was a resident of Monroe, Walton County, Georgia, but neither Plaintiff's counsel nor Defendants' counsel have been able to locate him, and, importantly, he has not been served in this action and is, therefore, not a proper party until he is served.

6.

The wreck at issue involved three vehicles, and the alleged negligence which gives rise to Plaintiffs' claims occurred near the intersection of northbound Georgia Hwy 42 and Bethlehem Road in Locust Grove, Henry County, Georgia. Thus, the event giving rise to the action and the place where the injuries purportedly were sustained falls within the Northern District of Georgia as defined in 28 U.S.C. §

90(a)(2) in the Atlanta Division.  Venue is proper in this Court under 28 U.S.C. §
1391(b)(2).

7.

Now, within thirty (30) days after service of the Summons and Complaint
upon it, Defendant Elite, with the consent of Defendant Wesco Insurance Company,
files this Petition for Removal of the Action to this Court.  Until he is served, Lewis's
consent is not required.

8.

The Action is removable by reason of diversity of citizenship, there being
more than $75,000 in controversy, exclusive of interest and costs as required by 28
U.S.C. § 1332, based on Plaintiff's allegations that he has had to endure multiple
facet injections and a recommendation of Radio Frequency Ablation surgery, and
because the plaintiff, a citizen of the State of Georgia, is a citizen of a different state
from all Defendants who are served and actual parties before this Court.

*Wherefore,* Defendants' Petition for Removal should be granted and the Action removed to this Court.

> /s/ William Allred
> William Allred, Ga. Bar No. 000320
> Elizabeth G. Howard, Ga. Bar No. 100118
> *Attorneys for Elite Freights, LLC*

Barrickman, Allred & Young, LLC
5775 Glenridge Dr NE Ste E100
Atlanta, GA  30328
(404) 790-0123 – Allred
(404) 538-1225 – Howard
wsa@bayatl.com
egh@bayatl.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have served the foregoing ***Petition for Removal*** on counsel for the parties of record by submitting a true and correct copy of same via electronic file and serve through *Pacer* to the following:

Blake Fluevog, Esq.
Morgan & Morgan
178 S. Main Street, Unit 300
Alpharetta, GA  30009
bfluevog@forthepeople.com
*Attorneys for Plaintiff*

Seth Friedman, Esq.
Lewis Brisbois
600 Peachtree St NE Ste 4700
Atlanta, GA 30308
Seth.friedman@lewisbrisbois.com
*Attorney for Wesco Ins. Co.*

This 26th day of May, 2022.

*/s/  William Allred*___
William Allred