⚖ EFILED IN OFFICE
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2022000648**
DBB
APR 14, 2022 09:05 AM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

**IN THE STATE COURT OF HENRY COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| REGINALD GRESHAM,<br><br>        **Plaintiff,**<br>v.<br><br>**ADRAIN LEWIS, ELITE FREIGHTS,<br>LLC, and WESCO INSURANCE<br>COMPANY,**<br><br>        **Defendants.** | **CIVIL ACTION FILE NO:** |

## PLAINTIFF'S COMPLAINT FOR DAMAGES

COMES NOW Reginald Gresham, Plaintiff in the above-styled action, and states his complaint for damages against Defendants Adrain Lewis and Elite Freights, LLC as follows:

1.

The Plaintiff Reginald Gresham is a resident of the State of Georgia.

2.

Defendant Adrain Lewis is a citizen and resident of the State of Georgia, whose last known residence is 614B Pine Park Street, Monroe, Georgia 30655-2702. Defendant is subject to the jurisdiction of this Court and may be served at that address.

3.

Defendant Elite Freights, LLC is a limited liability company authorized to do business in the State of Florida as well as interstate commerce. Defendant Elite Freights, LLC is subject to the jurisdiction of this Court as its employee driver was operating Defendant Elite Freights, LLC's commercial vehicle on Georgia roadways, and Defendant Elite Freights, LLC may be served by issuing Summons and a second original of this Complaint to its registered agent: Shaquekia Boyd, 224 Draw Bridge Lane, Valrico, Florida 33594.

EXHIBIT A

4.

Defendant Wesco Insurance Company is an insurance company insuring Elite Freights, LLC. Defendant is a proper party and subject to the jurisdiction of this Court pursuant to Georgia's Direct Action Statute, O.C.G.A. § 40-1-112.

5.

Defendant Wesco Insurance Company may be served by issuing Summons and a second original of this Complaint to its registered agent: United Agent Group, Inc. 2985 Gordy Parkway, 1st Floor, Marietta, Georgia 30066.

6.

Defendants are subject to the jurisdiction of this Court pursuant to Georgia law.

7.

As joint tortfeasors, venue is proper in the State Court of Henry County, State of Georgia.

8.

Defendants have been properly served with file-stamped copies of Plaintiff's Complaint for Damages and Summons of this action.

9.

On October 23, 2021, Plaintiff Reginald Gresham was operating his vehicle and was traveling north on Georgia 42 at its intersection with Bethlehem Road, located in Locust Grove, Henry County, State of Georgia.

10.

At or about that same time, Defendant Adrain Lewis was traveling north on Georgia 42 at its intersection with Bethlehem Road, located in Locust Grove, Henry County, State of Georgia,

and was positioned behind the vehicle directly behind the Plaintiff's vehicle, operating a 2016 International Truck, which was owned, controlled, or leased by Defendant Elite Freights, LLC.

11.

At the time of the subject collision, Defendant Adrain Lewis was an employee and/or agent driver of Elite Freights, LLC and Defendant Adrain Lewis was operating the aforementioned commercial vehicle with the permission and/or at the direction of Defendant Elite Freights, LLC.

12.

While Defendant Adrain Lewis was operating Defendant Elite Freights, LLC's vehicle, he failed to keep a proper lookout, was following too closely, and struck a third vehicle, which caused that vehicle to collide with the rear of Plaintiff's vehicle.

13.

Defendant Lewis was negligent in operating the vehicle owned by Defendant Elite Freights, LLC.

14.

Defendant Lewis' negligence included, but is not limited to, one or more of the following:

a.  negligently failing to keep a proper lookout;

b.  negligently failing to maintain the vehicle under proper control;

c.  distracted driving;

d.  negligently failing to make timely and proper application of brakes;

e.   negligently striking the rear end a vehicle into Plaintiff's vehicle;

f.   negligently failing to take appropriate precautions to avoid a collision;

g.  and any other acts of negligence that may be proven at trial.

15.

EXHIBIT A

Defendant Lewis was and is negligent per se for his actions as described above.

16.

Defendant Lewis failed to operate the vehicle owned by Defendant Elite Freights, LLC with the due care exercised by individuals in like or similar circumstances and operated the vehicle in a manner showing a disregard for the safety of others, including especially the Plaintiff herein.

17.

Defendants' actions constituted negligence in operating the vehicle contrary to the reasonable and safe conditions and circumstances then existing.

18.

At all relevant times, Defendant Lewis was acting at the direction an under the control of Defendant Elite Freights, LLC.  Further Defendant Lewis was operating the 2016 International Truck in the course and scope of his employment with Defendant Elite Freights, LLC with its permission.

19.

Defendant Elite Freights, LLC is liable for the actions and omissions of Defendant Lewis through respondeat superior because, at all relevant times, Defendant Lewis was acting within the scope of his employment and/or agency.

20.

Defendant Elite Freights, LLC negligently hired, supervised, trained, and retained Defendant Lewis and negligently entrusted motor vehicle operation responsibilities to Defendant Lewis.  Defendant Elite Freights, LLC negligently failed to implement and utilize proper

procedures to evaluate Defendant Lewis' skills and expertise for the operation of said motor vehicle.

21.

Defendant Elite Freights, LLC had knowledge of, or in the exercise of reasonable care, should have had knowledge of the negligence discussed herein and the dangerous condition(s) created by its actions, Defendant Elite Freights, LLC is liable for the negligent supervision, hiring, training, and retention of their management, agents, and employees and the entrustment of said motor vehicle to said management, agents, and employees.

22.

Defendant Elite Freights, LLC was negligent in failing to promulgate and enforce company policies, procedures, and rules for the protection of the public, including but not limited to Plaintiff.

23.

Defendant Elite Freights, LLC was and is negligent per se.

24.

Defendant Elite Freights, LLC was negligent for all other acts of negligence as may be shown at trial.

25.

As a proximate and foreseeable result of the negligence of Defendants, Plaintiff sustained substantial injuries and damages including medical and other necessary expenses, mental and physical pain and suffering due to the injuries to his body, musculoskeletal and nervous system, which required both invasive and non-surgical procedures and therapies and which will likely require additional care into the future, personal inconvenience, plus an inability to lead a normal life.

EXHIBIT A

26.

As a result of the subject collision, Plaintiff Reginal Gresham incurred reasonable and necessary medical bills in an undetermined amount and his medical treatment is ongoing.

27.

The Plaintiff, Reginald Gresham, will require additional and ongoing medical treatment for the injuries he sustained as a direct result of the Defendants' negligence.

WHEREFORE, Plaintiff respectfully prays and demands as follows:

(a) That Process and Summons issue, as provided by law, requiring Defendants to appear and answer Plaintiff's Complaint;

(b) That service be had upon Defendants as provided by law;

(c) That Plaintiff have and recover general damages from such Defendants, as the jury deems are liable to Plaintiff, and in such an amount as the jury deems just and appropriate to fully and completely compensate Plaintiff for all of his injuries and pain and suffering, mental, physical, and emotional, past, present, and future;

(d) That Plaintiff have and recover from Defendants, special damages for past and future medical expenses and loss of income in the past and future in such an amount as shall be proven at trial;

(e) That Plaintiff have and recover from Defendants, punitive damages for willful misconduct, malice, or that entire want of care which would raise the presumption of conscious indifference to consequences;

(f) That this matter be tried to a jury;

(g) That all costs be cast against the Defendants;

EXHIBIT A

(h) For such other and further relief as this Court deems just and appropriate.


This 14th day of April 2022.

Respectfully submitted,


___/s/ Blake Fluevog_____
Blake Fluevog
Georgia Bar No. 838726
Attorney for Plaintiff

178 S. Main Street, Unit 300
Alpharetta, GA  30009
Telephone: (770)576-7613
bfluevog@forthepeople.com

# STATE COURT OF HENRY COUNTY
# STATE OF GEORGIA

⚖ **EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2022000648**
DBB
APR 14, 2022 09:05 AM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

CIVIL ACTION NUMBER  STSV2022000648

Gresham, Reginald
_____

**PLAINTIFF**

                                        **VS.**

Lewis, Adrain
Elite Freights, LLC
Wesco Insurance Company
_____

**DEFENDANTS**

## SUMMONS

TO: LEWIS, ADRAIN

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Blake Fluevog**
> **MORGAN & MORGAN, ALPHARETTA**
> **178 S Main Street**
> **Unit 300**
> **Alpharetta, Georgia 30009**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 14th day of April, 2022.**

                              Clerk of State Court


                    *Lynne M. Policaro*
                    Lynne M. Policaro, Clerk of State Court
                              Henry County, Georgia

Page 1 of 1

# STATE COURT OF HENRY COUNTY
# STATE OF GEORGIA

⚡ **EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2022000648**
DBB
APR 14, 2022 09:05 AM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

CIVIL ACTION NUMBER  <u>STSV2022000648</u>

Gresham, Reginald

_____

**PLAINTIFF**

                                        **VS.**

Lewis, Adrain
Elite Freights, LLC
Wesco Insurance Company

_____

**DEFENDANTS**

### SUMMONS

TO: ELITE FREIGHTS, LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Blake Fluevog**
> **MORGAN & MORGAN, ALPHARETTA**
> **178 S Main Street**
> **Unit 300**
> **Alpharetta, Georgia 30009**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 14th day of April, 2022.**

Clerk of State Court

*Lynne M. Policaro*

Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

**EXHIBIT A**

# STATE COURT OF HENRY COUNTY
# STATE OF GEORGIA

⚖ **EFILED IN OFFICE**
CLERK OF STATE COURT
HENRY COUNTY, GEORGIA

**STSV2022000648**
DBB
APR 14, 2022 09:05 AM

*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

CIVIL ACTION NUMBER  STSV2022000648

Gresham, Reginald

_____

**PLAINTIFF**

                                              **VS.**

Lewis, Adrain
Elite Freights, LLC
Wesco Insurance Company

_____

**DEFENDANTS**

## SUMMONS

TO: WESCO INSURANCE COMPANY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Blake Fluevog**
> **MORGAN & MORGAN, ALPHARETTA**
> **178 S Main Street**
> **Unit 300**
> **Alpharetta, Georgia 30009**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 14th day of April, 2022.**

                         Clerk of State Court


_____
*Lynne M. Policaro*
Lynne M. Policaro, Clerk of State Court
Henry County, Georgia

**EXHIBIT A**